AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

MANUEL F. MARQUES,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
  V.

                           CASE NUMBER: **3:10-CV-00222-ECR-RAM**

DWIGHT NEVEN,

      Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (#9) is **GRANTED.**

  July 12, 2011                                      **LANCE S. WILSON**
                                                                                     Clerk

                                                                                  /s/ D. R. Morgan
                                                                                    Deputy Clerk